# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAJ KUMAR VAID,

       Petitioner,

    v.

WARDEN, et al.,

       Respondents.

Case No. 2:25-cv-01215-KES-SAB-HC

ORDER SETTING BRIEFING SCHEDULE

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 31, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On April 15, 2026, the assigned district judge denied the motion for TRO and referred the matter "to the assigned magistrate judge for further proceedings, including the preparation of findings and recommendations on the petition." (ECF No. 7.)

///

///

///

///

///

1

Accordingly, the Court HEREBY ORDERS that:

1. Within **twenty-one (21) days** of the date of service of this order, Petitioner SHALL FILE an opposition or statement of non-opposition to Respondents' motion to dismiss[1] (ECF No. 6); and

2. Any reply to an opposition to the motion to dismiss SHALL BE FILED within **fourteen (14) days** after the opposition has been filed in CM/ECF.

IT IS SO ORDERED.

Dated:   **April 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] Respondents filed a combined motion to dismiss, response, and opposition to the motion for TRO.

2