# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN DOE,

Petitioner,

v.

WARDEN, et al.,

Respondents.

Case No. 2:26-cv-01215-KES-SAB-HC

ORDER GRANTING PETITIONER'S REQUEST TO WITHDRAW PETITION WITHOUT PREJUDICE, TERMINATING PENDING MOTIONS AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE CASE

Petitioner is an immigration detainee proceeding with petitions for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner has two habeas petitions pending before this Court: 2:26-cv-01215-KES-SAB and 1:26-cv-04841-KES-SAB. Petitioner is proceeding pro se in the earlier-filed matter and is represented by counsel in the later-filed action. On July 1, 2026, the Court ordered Petitioner "to notify the Court regarding whether he wishes to withdraw his earlier-filed pro se petition" within seven days. (ECF No. 18 at 2.) As no notice was filed, on August 6, 2026, the Court again ordered Petitioner's counsel to file a notice regarding withdrawal of Petitioner's earlier-filed pro se petition. Order, Doe v. Warden, No. 1:26-cv-4841 (E.D. Cal. Aug. 6, 2026), ECF No. 16. On August 13, 2026, counsel for Petitioner stated that Petitioner "wishes to respectfully withdraw his earlier-filed pro se petition without prejudice." Response at 2, Doe, No. 1:26-cv-4841, ECF No. 17.

As Respondents have filed a responsive pleading, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "Generally, Rule 41(a)(2) grants a district court discretion to dismiss a case with or without prejudice." Kamal v. Eden Creamery, LLC, 88 F.4th 1268, 1279 (9th Cir. 2023). "But we have cabined that discretion by repeatedly holding that '[w]here the request is to dismiss without prejudice, [a] District Court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result.'" Id. at 1279–80 (alterations in original) (citations and some internal quotation marks omitted). Accordingly, the Court will grant Petitioner's request for withdrawal of the petition without prejudice.

Based on the foregoing,

1. Petitioner's request for withdrawal of the petition for writ of habeas corpus without prejudice is GRANTED;
2. Any pending motions are TERMINATED as moot; and
3. The Clerk of Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated: **August 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge